UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. LOFTUS, JR., <br><br> Plaintiff, <br><br> v. <br><br> AT&T, INC., <br><br> Defendant. | No. 2:18-cv-2866 TLN DB PS <br><br> <u>ORDER TO SHOW CAUSE</u> |

Plaintiff Robert Loftus is proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). By order signed June 2, 2019, plaintiff's complaint was dismissed, and plaintiff was granted leave to file an amended complaint that cured the defects noted in that order. (ECF No. 13.) Plaintiff was granted twenty-eight days from the date of that order to file an amended complaint and was specifically cautioned that the failure to comply with the court's order in a timely manner would result in a recommendation that this action be dismissed. The twenty-eight-day period has expired and plaintiff has not filed an amended complaint.

Instead, on July 1, 2019, plaintiff filed a notice of interlocutory appeal requesting an "appeal for the disposition of my complaint against AT&T[.]" (ECF No. 15.) On July 24, 2019, plaintiff filed a motion to proceed in forma pauperis on appeal. (ECF No. 18.) Plaintiff, however, has not filed an amended complaint.

1

The failure of a party to comply with the Local Rules or any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110. Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil Procedure, the Local Rules, and all applicable law. Local Rule 183(a). Failure to comply with applicable rules and law may be grounds for dismissal or any other sanction appropriate under the Local Rules. Id.

Although the undersigned is cognizant of the challenges faced by pro se litigants, this action cannot proceed in the absence of an amended complaint. And that amended complaint must cure the defects noted in the June 2, 2019 order. In light of plaintiff's pro se status, and the interest of justice, plaintiff will be given a final opportunity to file an amended complaint and show good cause for plaintiff's conduct.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff show cause in writing within fourteen days of the date of this order as to why this case should not be dismissed for lack of prosecution[1];

2. Plaintiff file an amended complaint within fourteen days of the date of this order; and

3. Plaintiff is again cautioned that the failure to timely comply with this order may result in the recommendation that this case be dismissed.

DATED: July 26, 2019  /s/ DEBORAH BARNES  
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\loftus2866.osc

---

[1] Alternatively, if plaintiff no longer wish to pursue this civil action, plaintiff may comply with this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.