UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. LOFTUS, JR., | No. 2:18-cv-2866 TLN DB PS |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| AT&T, INC., | |
| Defendant. | |

Plaintiff Robert Loftus is proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). By order signed June 6, 2019, plaintiff's complaint was dismissed, and plaintiff was granted leave to file an amended complaint that cured the defects noted in that order. (ECF No. 13.) Plaintiff was granted twenty-eight days from the date of that order to file an amended complaint and was specifically cautioned that the failure to comply with the court's order in a timely manner would result in a recommendation that this action be dismissed. The twenty-eight-day period expired, and plaintiff did not file an amended complaint.

Instead, on July 1, 2019, plaintiff filed a notice of interlocutory appeal requesting an "appeal for the disposition of my complaint against AT&T[.]" (ECF No. 15.) On July 26, 2019, the undersigned issued an order to show cause as to why this action should not be dismissed for lack of prosecution. (ECF No. 19.) On August 27, 2019, plaintiff's interlocutory appeal was

dismissed. (ECF No. 20.) Despite being provided ample time, plaintiff has not filed an amended complaint or responded to the July 26, 2019 order to show cause.

The failure of a party to comply with the Local Rules or any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110. Any individual representing himself or herself without an attorney is bound by the Federal Rules of Civil Procedure, the Local Rules, and all applicable law. Local Rule 183(a). Failure to comply with applicable rules and law may be grounds for dismissal or any other sanction appropriate under the Local Rules. Id.

Given plaintiff's failure to comply with the orders of this court and failure to file an amended complaint the undersigned finds that this action should be dismissed.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 19, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\loftus2866.dlop.f&rs