UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. LOFTUS, JR., <br><br> Plaintiff, <br><br> v. <br><br> AT&T, INC., <br><br> Defendant. | No. 2:18-cv-02866-TLN-DB <br><br> **ORDER** |

Plaintiff Robert C. Loftus, Jr. ("Plaintiff"), proceeding *pro se*, initiated the instant action, which was removed to this Court on October 26, 2018. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On September 20, 2019, the magistrate judge filed findings and recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. (ECF No. 22.) Plaintiff has not filed any objections to the Findings and Recommendations.[1]

///

---

[1] Plaintiff has, however, filed a Notice of Interlocutory Appeal as to the Findings and Recommendations. (ECF No. 23.) The Ninth Circuit dismissed Plaintiff's interlocutory appeal for lack of jurisdiction on October 30, 2019. (ECF No. 27.)

1

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 20, 2019 (ECF No. 22), are adopted in full;

2. This action is DISMISSED, without prejudice, for failure to prosecute; and

3. The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

Dated: December 2, 2019

Troy L. Nunley
United States District Judge